11 WEST 42ND STREET, SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY - Southport, CT*

10 SPRUCE STREET
SOUTHPORT, CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

July 8, 2008

*Via Facsimile (212) 805-6326*
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

**MEMO ENDORSED**

Re:  Joint Stock Co. Belarussian Shipping Co. v. Fremery Shipping
      Limited
      Docket Number: 08 Civ. 1474
      Our Reference Number: 08-1832

Dear Honorable Madam:

*[handwritten endorsement: adjourn to 9/5/08 @ 11:30 am — McMahon 7/10/08]*

We represent Plaintiff Joint Stock Company Belarussian Shipping Co. in the above-captioned matter. We are writing to request a short adjournment of the conference scheduled for July 16, 2008 at 10:30 a.m. The undersigned will be out of the country that week and will be unable to attend.

We appreciate your Honor's indulgence in this request.

Respectfully yours,

Lauren C. Davies

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/08

dk